J. H. CRABTREE & CO. v. C. J. SHEELKY, et al.

*New Trial for Newly Discovered Testimony—Discretionary Power of Court to Reverse Judgment.*

CIVIL ACTION, on appeal from CRAVEN Superior Court.   A motion was made in this Court that the case be remanded for a new trial on the ground of newly discovered testimony.

*Mr. M. De W. Stevenson*, for plaintiffs.

*Messrs. O. H. Guion, W. D. McIver* and *W. E. Clarke,* for defendants (appellants).

*Per Curiam.* Upon reading the affidavit and hearing the motion of defendant for a new hearing for newly discovered testimony, it is ordered in the exercise of the discretionary power of the Court that the judgment be reversed and the sale be set aside. *Brown* v. *Mitchell,* 102 N. C., 347.

The suggestion is made that the court below inquire whether the true interest of all parties would not be promoted by a sale of the property in separate lots.

New Hearing.*

*It was held in *Brown* v. *Mitchell,* that new hearings or new trials granted by the Appellate Court in the exercise of its discretion for newly discovered testimony would not be reported as precedents.